UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

VERONICA DUNLAVY,

        Plaintiff,

                                                  Case No.

v.

TRANSWORLD SYSTEMS INC., and
KRAMER AND FRANK, PC,

       Defendant.
_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Transworld Systems Inc. ("TSI"), and Kramer and Frank, PC ("Kramer") through respective undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, *et seq.*, hereby removes this action from Eighteenth Judicial District Court, Sedgwick County, State of Kansas to the United States District Court for the District of Kansas. In support of this Notice of Removal, TSI and Kramer state as follows:

1. On or about May 11, 2018, plaintiff, Veronica Dunlavy (plaintiff), commenced a civil action in the Eighteenth Judicial District Court, Sedgwick County, State of Kansas, entitled and captioned *Veronica Dunlavy, individually and on behalf of similarly situated individuals who have been or are being sued by defendants in the state of Kansas v. Transworld Systems, Inc. and Kramer and Frank, P.C.,* Case No. 18-CV-1125 (hereinafter the "State Court Action"). On or about July 19, 2018, plaintiff filed an Amended Complaint. No further proceedings before the State Court have occurred.

1

2. In the Amended Complaint, plaintiff alleges statutory causes of action against TSI and Kramer under the Fair Debt Collection Practices Act, (FDCPA), 15 U.S.C. § 1692, *et seq.* A true and correct copy of plaintiff's Amended Complaint is attached within Exhibit "A." Therefore, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because plaintiff affirmatively alleges violations of the FDCPA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. On July 23, 2018, TSI was served with a copy of the Summons and Amended Complaint (no summons was ever issued regarding the original Complaint, nor was TSI otherwise served with the original Complaint).

4. On August 2, 2018, Kramer was served with a copy of the Summons and Complaint (no summons was ever issued regarding the original Complaint, nor was Kramer otherwise served with the original Complaint).

5. The times within which TSI and Kramer are respectively required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal have not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which TSI or Kramer were served with plaintiff's Complaint. *See* 28 U.S.C. § 1446.

6. The Eighteenth Judicial District Court, Sedgwick County, State of Kansas, is located within the United States District Court for the District of Kansas. Therefore, venue for purposes of removal is proper because the United States District Court for the

District of Kansas embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

7. Written notice of this Notice of Removal of this action is being immediately provided to the Eighteenth Judicial District Court, Sedgwick County, State of Kansas. *See* Exhibit "B" attached hereto.

8. Written notice of this Notice of Removal of this action is being caused to be served on the plaintiff.

WHEREFORE, defendants, Kramer and Frank, PC and Transworld Systems Inc., gives notice that this action is removed from the Eighteenth Judicial District Court, Sedgwick County, State of Kansas, to the United States District Court for the District of Kansas.

Dated:  August 22, 2018

        Respectfully Submitted,

        /s/ *Matthew R. Brunkhorst*
        Paul M. Croker          #21627
        Matthew R. Brunkhorst   #25873
        Armstrong Teasdale, LLP
        2345 Grand Blvd., Suite 1500
        Kansas City, MO  64108-2617
        Telephone: (816) 221-3420
        Facsimile:  (816) 221-0786
        Email: pcroker@armstrongteasdale.com
        mbrunkhorst@armstrongteasdale.com

        *Attorneys for Defendant,*
        *Transworld Systems, LLC*

                          */s/ Robert Choromanski*
                          Robert C. Choromanski, #21160
                          Kramer & Frank, P.C.
                          1420 NW Vivion Rd, Ste 105
                          Kansas City, MO 64118
                          Telephone: (816) 778-8614
                          Facsimile: (816) 759-3614
                          Email: Robert. Choromanski@lawusa.com


                          */s/ Eva Marie Kozeny*
                          EvaMarie Kozeny,  #78328
                          Kramer & Frank, P.C.
                          9300 Dielman Industrial Dr.
                          St. Louis, MO 63132
                          Telephone: (314) 754-6127
                          Facsimile: (314) 442-2127
                          Email: Eva.Kozeny@lawusa.com

                          *Attorneys for Defendant,*
                          *Kramer and Frank, PC*


## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2018 a copy of the foregoing was served on counsel for all parties of record electronically, including on the following:

                Elizabeth A. Carson, Esq.
                Carson Law LLC
                PO Box 8107
                Wichita, KS 67208
                elizabethcarsonlaw@gmail.com


                          */s/ Matthew R. Brunkhorst*
                          Matthew R. Brunkhorst